NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIMEDX GROUP, INC.,**
*Appellant*

v.

**MUSCULOSKELETAL TRANSPLANT FOUNDATION,**
*Appellee*

---

2017-1043

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00664.

---

**JUDGMENT**

---

PATRICK J. FLINN, Alston & Bird LLP, Atlanta, GA, argued for appellant. Also represented by KEITH E. BROYLES, PAMELA COUNCILL, MATTHEW WOLFF HOWELL; DEEPRO MUKERJEE, New York, NY.

MICHAEL ANTHONY NICODEMA, Greenberg Traurig LLP, Florham Park, NJ, argued for appellee. Also represented by JOHN K. KIM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, LINN, and HUGHES, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  September 14, 2017       /s/ Peter R. Marksteiner
              Date            Peter R. Marksteiner
                            Clerk of Court